# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Young B. Kim |
|---|---|---|---|
| **CASE NUMBER** | 09 C 4949 | **DATE** | January 12, 2011 |
| **CASE TITLE** | Lewandowski vs. Columbia College Chicago | | |

**DOCKET ENTRY TEXT**

Status hearing and motion hearing held. Plaintiff's motion to compel [52], in connection with her Rule 34(a)(2) Request to Inspect #1, Request for Production of Documents ## 11, 16-18, and Interrogatory # 8, is granted in part and denied in part for the reasons stated in open court. Defendant is ordered to comply with this order by February 4, 2011. Defendant is further ordered to respond in writing to Plaintiff's previous written settlement demand by January 17, 2011. There are no other pending motions before this court and discovery is now closed. The parties are now ready to proceed to the next phase in this litigation before the assigned District Judge.

■[ For further details see text below.]   Notices mailed by Judicial staff.

00:35

## STATEMENT

Plaintiff's motion to compel is granted in part and denied in part as detailed below and Defendant is ordered to comply with the following by February 4, 2011:

**1. Plaintiff's Request to Inspect #1**: The motion is granted to the extent that Defendant is ordered to: (1) provide photographs (in JPEG) of the two offices in dispute and the surrounding working areas near these two offices; and (2) grant access to Plaintiff's attorney to personally inspect the area for himself and to take notes. Parties are to agree on a mutually acceptable date and time for the inspection, but such inspection must occur after Defendant provides the photographs. Plaintiff withdrew his request to inspect the area where Defendant may have posted notices concerning employee rights under Title VII of the Civil Rights Act of 1964 or the Family and Medical Leave Act of 1993.

**2. Plaintiff's Request for Production of Documents** ## 11, 16-18: The motion is denied as moot as to ## 11 and 16. Defendant has agreed to supplement its response to these requests. Parties to agree on the e-mail format prior to production. The motion is denied as moot as ## 17 and 18 to the extent that the parties agree to limit the request to charges of sexual harassment, retaliation and FMLA violation filed against the Dean's Office of the College of Fine and Performing Arts.

**3. Plaintiff's Interrogatory** # 8: The motion is denied as moot. Defendant agreed to provide Plaintiff with a written statement attesting that Defendant currently does not anticipate any barriers to its compliance with a court order of reinstatement, should Plaintiff prevail at trial and obtain that relief.

| Courtroom Deputy Initials: | aac |
|---|---|