# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Lisa Lewandowski
                      Plaintiff,

v.                                      Case No.: 1:09–cv–04949
                                              Honorable Blanche M. Manning

Columbia College Chicago
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 17, 2011:

    MINUTE entry before Honorable Blanche M. Manning: The plaintiff's motion for partial summary judgment [62] and related filings are stricken without prejudice as the plaintiff did not comply with the portions of the court's standing order addressing dispositive motions. A status hearing is set for 4/5/2011 at 11:00 a.m. Any motions for leave to file dispositive motions shall be noticed for presentment on this date. The parties must fully comply with the standing order prior to filing motions for leave to file.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.